UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON MATHERNE AND DIANA MATHERNE | CIVIL ACTION |
| VERSUS | No. 23-1378 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Stipulation of Dismissal* **(Rec. Doc. 21)**,

**IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED with prejudice**, each party to bear their own attorneys' fees and costs.

New Orleans, Louisiana, this 26th day of January, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1